IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

THE CATHOLIC DIOCESE OF )
NASHVILLE, et al. )
                                                      )
v.                                                 )      No. 3:13-01303
                                                   )      JUDGE CAMPBELL
                                                   )
KATHLEEN SEBELIUS, et al. )

ORDER

Pending before the Court is the Plaintiffs' Motion For Preliminary Injunction (Docket

No. 14), the Defendants' Response (Docket No. 41), and the Plaintiffs' Reply (Docket No. 57).

The Court held a hearing on the Motion on December 23, 2013. For the reasons set forth in the

accompanying Memorandum, the Motion For Preliminary Injunction is DENIED.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE