IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| THE CATHOLIC DIOCESE OF NASHVILLE, et al. | ) ) ) |
| v. | ) No. 3:13-01303 ) JUDGE CAMPBELL ) |
| KATHLEEN SEBELIUS, et al. | ) |

ORDER

Pending before the Court are the Plaintiffs' Motion For Preliminary Injunction Pending Appeal (Docket No. 68), and the Defendants' Opposition (Docket No. 69). For the reasons set forth in the Court's Memorandum and Order entered December 26, 2013 (Docket Nos. 65, 66), the Motion is DENIED.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE