# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

|  |  |  |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: January 13, 2014

Mr. Matthew A. Kairis
Ms. Melissa Dunlap Palmisciano
Jones Day
325 John H. McConnell Boulevard, Suite 600
Columbus, OH 43215

Mr. Neil Vakharia
Jones Day
901 Lakeside Avenue, E.
Cleveland, OH 44114

Mr. Adam C. Jed
Ms. Alisa B. Klein
Mr. Mark B. Stern
U.S. Department of Justice
Appellate Section
950 Pennsylvania Avenue, N.W.
Washington, DC 20530

Re: Case No. 13-2723/13-6640, *Michigan Catholic Conference, et al v. Kathleen Sebelius, et al*
Originating Case No. : 1:13-cv-01247

Dear Counsel:

The Court issued the enclosed Order today in this case.

Sincerely yours,

s/Robin L. Johnson
Case Manager
Direct Dial No. 513-564-7039

cc: Mr. Keith Throckmorton

Enclosure

Nos. 13-2723 and 13-6640

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | |
|---|---|
| 13-2723 ) <br> ) <br> MICHIGAN CATHOLIC CONFERENCE, in its ) <br> own name and, obo Michigan Catholic Conference ) <br> Second Amended and Restated Group Health ) <br> Benefit Plan for Employees; et al. ) <br> ) <br>     Plaintiffs-Appellants, ) <br> ) <br> v. ) <br> ) <br> KATHLEEN SEBELIUS, in her official capacity ) <br> as Secretary of the U.S. Department of Labor: et al. ) <br> ) <br>     Defendants-Appellees. ) <br> _____ )    O R D E R <br> 13-6640 ) <br> ) <br> THE CATHOLIC DIOCESE OF NASHVILLE; ) <br> CATHOLIC CHARITIES OF TENNESSEE, ) <br> INCORPORATED; et al., ) <br> ) <br>     Plaintiffs-Appellants, ) <br> ) <br> v. ) <br> ) <br> KATHLEEN SEBELIUS, In her official capacity ) <br> as Secretary of the U.S. Department of Health and ) <br> Human Services; et al. ) <br> ) <br>     Defendants-Appellees. ) | |

In these two appeals, from separate cases entered in separate district courts, the parties jointly move to consolidate the briefing and the submission, for a unification of the briefing schedule, and for additional words in the briefs. To facilitate the briefing and submission of these appeals, the motion is GRANTED as follows:

Nos. 13-2723 and 13-6640
- 2 -

The appellants in both appeals may file a single, unified principal brief, not to exceed 17,000 words, in both appeals on or before January 24, 2014. The appellees may file a single, unified principal brief in both appeals, not to exceed 17,000 words, on or before February 14, 2014. The appellants may file a single, unified reply brief, not to exceed 8,500 words, on or before seven days after the filing of the appellees' brief.

Upon the completion of the briefing, the appeals shall be consolidated for submission to the court.

ENTERED PURSUANT TO RULE 45(a)
RULES OF THE SIXTH CIRCUIT

_____

Deborah S. Hunt, Clerk